**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 23-139(1) (JRT/DTS)

v.

TYRELL TERRENCE ASHFORD,

**ORDER DENYING MOTION TO RETURN PROPERTY**

Defendant.

Tyrell Terrence Ashford has filed a Pro Se Motion for Return of Property. (Docket No. 120.) He seeks the return of "one iPhone Red 8," which he states was "not addressed in my forfeiture" and "should be returned" because "the prosecution has no use for said phone." (*Id.*) However, because no cell phones were subject to the Court's Preliminary Order of Forfeiture (Docket No. 67) or Amended Judgment of Forfeiture (Docket No. 110), and because Ashford provides no other information regarding who is in possession of the phone, the Court is unable to provide any relief based on this motion. The Court encourages Ashford to seek return of his property through the Bureau of Prisons.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Ashford's Motion for Return of Property (Docket No. [120]) is **DENIED.**

-2-

DATED:  February 19, 2026                          _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                      United States District Judge